UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CLIFFORD MURRAY

CASE NUMBER
1:20−cv−22491−FAM

PLAINTIFF(S)

v.

SOURCE RECEIVABLES MANAGEMENT, LLC,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**SOURCE RECEIVABLES MANAGEMENT, LLC**

as of course, on the date September 9, 2020.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Ahlai Israel*
Deputy Clerk

cc: Judge Federico A. Moreno
    CLIFFORD MURRAY

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)